IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

MICHAEL KNUTH,       )
                     )
  Plaintiff,         )
                     )
v.                   )        No. 11-CV-3185
                     )
                     )
STUART ERLENBUSH, et al.,   )
                     )
  Defendants,        )

OPINION

SUE E. MYERSCOUGH, U.S. District Judge.

A status conference was held on October 15, 2013. This order addresses pending issues discussed at that conference and sets new discovery and dispositive motion deadlines.

**IT IS ORDERED:**

1) Plaintiff's motion to reopen discovery and for disclosure is granted in part and remains pending in part (d/e 61). Discovery is reopened. However, motion 61 remains pending with regard to the disclosure of the specific information Plaintiff seeks. Defendants' response thereto is due by November 1, 2013.

2) Discovery closes on January 17, 2014.

3) Dispositive motions are due February 7, 2014.

4) Responses to dispositive motions are due February 28, 2014.

5) The final pretrial and trial dates remain as set.

6) At the final pretrial conference, Plaintiff and Plaintiff's counsel shall appear by video conference.  Defense counsel may appear by video conference or in person.  Before the final pretrial conference, the Court will circulate proposed jury instructions, a proposed statement of the case, and proposed voir dire.  By March 14, 2014, the parties shall file:  a)  proposed alternate or additional jury instructions, if any; b) proposed alternate statement of the case, if any; c) motions in limine; and d) a proposed, agreed final pretrial order which conforms substantially to the example of the final pretrial order in the appendix to the Local Rules. www.ilcd.uscourts.gov, Local Rules.  Counsel for Plaintiff and Defendants should both sign the agreed final pretrial order.  If the Court has not yet ruled on dispositive motions, the proposed final pretrial order shall be prepared as if summary judgment will be denied.

7)  Objections to proposed alternate or additional jury instructions, statements of the case, and motions in limine are due March 24, 2014.

8)  Incarcerated inmates who are appearing as trial witnesses, if any, shall appear by video.  The parties are responsible for obtaining and serving their own trial subpoenas.

5)  Counsel should have their marked exhibits with them at the final pretrial conference.  Copies of marked exhibits must be exchanged between the parties by March 17, 2014.  To the extent possible, jury instructions, motions in limine, and objections to exhibits or witnesses will be determined at the final pretrial conference.  If objections to exhibits are filed, the exhibit must be attached to the objection.

6)  In order to keep Plaintiff informed of the proceedings, counsel shall provide Plaintiff with copies of documents filed with the Court.

ENTER: October 22, 2013
FOR THE COURT:

                                  s/Sue E. Myerscough
                                  SUE E. MYERSCOUGH
                                  UNITED STATES DISTRICT JUDGE